IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bitoy, Patricia | Case Number: 08 B 03428 |
|---|---|
| | Judge: Squires, John H |
| Printed: 4/1/08 | Filed: 2/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: March 28, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Honor Finance | Secured | 4,500.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 23,420.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 7.23 | 0.00 |
| 5. | Honor Finance | Unsecured | 10.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 2.88 | 0.00 |
| 7. | Internal Revenue Service | Priority |  | No Claim Filed |
| 8. | Citibank NA Student Loan | Unsecured |  | No Claim Filed |
| 9. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 10. | MCI Residential | Unsecured |  | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | Citibank NA Student Loan | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 17. | Village Of Posen | Unsecured |  | No Claim Filed |
| 18. | Seventh Avenue | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
| 20. | Overland Bond & Investment Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,940.11 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bitoy, Patricia | Case Number:  08 B 03428 |
| | Judge:  Squires, John H |
| Printed:  4/1/08 | Filed:  2/14/08 |

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

